UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THOMAS M. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-541-WTL-TAB |
| | ) | |
| vs. | ) | |
| | ) | |
| LORENZO ELI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Directing Further Proceedings**

This action was severed from the lawsuit in 1:09-cv-1204-WTL-TAB. The motion to proceed *in forma pauperis* filed in 1:09-cv-1204-WTL-TAB [dkt 2] shall be re-docketed in this action. The claims remaining in this action are asserted against Dr. Lorenzo Eli and Dr. Nicolas P. Villanustre.

The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue and serve process on the defendants in the manner specified by *Fed. R. Civ. P.* 4(d)(1). Process shall consist of the complaint, applicable forms and this Entry.

**IT IS SO ORDERED.**

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 5/20/13

Note to Clerk: Processing this document requires actions in addition to docketing and distribution.

Distribution:

Thomas M. James
98106
Arizona State Prison
ASPC-Douglas
Moshaue North
P.O. Box 5002
Douglas, AZ 85608

Nicolas Villanustre
Indiana University
545 Barnhill Drive Suite 232
Indianapolis, IN 46202

Lorenzo Eli
Muncie Spine & Rehab Center
822 W White River Blvd
Muncie, IN 47303