# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 30, 2017

*By the Court*:

| | |
|---|---|
| THOMAS JAMES,<br>    Plaintiff-Appellant,<br><br>No. 15-3034    v.<br><br>LORENZO ELI, Doctor, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 1:13-cv-00541-WTL-TAB<br>]<br>] William T. Lawrence,<br>]    Judge. |

Pursuant to this court's order of April 4, 2017, **IT IS ORDERED** that attorney William J. Barrow, MAYER BROWN LLP, 1999 K Street, N.W., Washington, DC 20006, is appointed to represent plaintiff-appellant Thomas James. Counsel is directed to contact the plaintiff-appellant immediately.

Briefing shall proceed as follows:

1. Plaintiff-appellant shall file his brief and required short appendix on or before August 28, 2017.

2. Defendants-appellees shall file its brief on or before September 27, 2017.

3. Plaintiff-appellant shall file his reply brief, if any, on or before October 11, 2017.

Important Scheduling Notice !

    Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).