# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 20, 2017

*By the Court*:

| | |
|---|---|
| THOMAS JAMES,<br>    Plaintiff-Appellant,<br><br>No. 15-3034         v.<br><br>LORENZO ELI, Doctor, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 1:13-cv-00541-WTL-TAB<br>]<br>] William T. Lawrence,<br>]     Judge. |

    Pursuant to this court's order of April 4, 2017, **IT IS ORDERED** that attorney Robert N. Stander, JONES DAY, 51 Louisiana Avenue, N.W., Washington, D.C., 20001, is appointed to represent plaintiff-appellant Thomas James. Counsel is directed to contact the plaintiff-appellant immediately.

    Briefing shall proceed as follows:

1. Plaintiff-appellant shall file his brief and required short appendix on or before December 4, 2017.

2. Defendants-appellees shall file its brief on or before January 3, 2018.

3. Plaintiff-appellant shall file his reply brief, if any, on or before January 17, 2018.

Important Scheduling Notice !

    Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).